JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAENDAR HUTAURUK, | Case No. EDCV 26-2130-AS |
|           Petitioner, | |
|     v. | **JUDGMENT** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
|           Respondents. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 22, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE